Jasmine Magriz

1668 Crescent Dr.

Tarrytown, NY 10591

Jasminemagriz@gmail.com

347-981-7909

March 28, 2025

Honorable Sean H. Lane

US Bankruptcy Court – Southern District of New York

300 Quarropas Street

White Plains, NY 10601-4140

Dear Judge Sean H. Lane,

I am writing to respectfully request the reopening or amendment of my bankruptcy case number 24-23022-shl, due to serious negligence on the part of my attorney, which has led to considerable distress and adverse consequences for me and my family.

During the 341 meeting with Chapter 7 Trustee, Howard on December 20th 2024, Nathaniel Strand verbally confirmed that a reaffirmation agreement had been signed, ensuring that I would not lose my vehicle. My primary concern throughout this process was the risk of losing my car, and Nathaniel Strand reassured me multiple times, via correspondence, that the reaffirmation agreement was in place. However, upon receiving my discharge, I found it strange that I had not been contacted by Chrysler Capital, my vehicle's financing company. When I reached out to them to arrange a payment, I was informed that no reaffirmation agreement was on file and that my vehicle was already slated for repossession.

I attempted to address this urgent matter with my attorney, but he refused to schedule a call, insisting that I leave a message instead. Apart from the meeting with the trustee, I have never been able to speak with my attorney on the phone, as he consistently refuses and only responds via email. I entrusted him with this important matter due to a referral from my benefits department at my employer, American Express.

The urgency of this situation cannot be overstated. My vehicle has already been repossessed, severely impacting my ability to commute and fulfill my family responsibilities. This has caused significant emotional distress for me and my son. I have only until April 10th to resolve this matter, and I am deeply concerned about the

consequences if it remains unresolved leaving a repossession on my credit report, further complicating my financial situation and future stability.

Given the gravity of this situation and Nathaniel Strand's failure to file the proper paperwork and maintain adequate communication throughout my bankruptcy proceedings, I have decided to move forward without him as my counsel. His neglect has led to the repossession of my vehicle and substantial emotional distress, which I believe could have been avoided with proper diligence and communication on his part.

I kindly urge you to consider reopening my bankruptcy case to address this critical issue. Your attention to this matter and prompt action will be greatly appreciated.

Thank you for your time and understanding.

Sincerely,

Jasmine Magriz

Honorable Sean H. Lane

Case number: 24-23022-shl

Jasmine Magriz.

Dear Judge Sean H. Lane,

The clerk's office advised that I would have to pay a fee to re-open my case. I am asking for this fee to please be waived due to the fact that I was mislead by attorney Nathaniel Strand into believing a reaffirmation was in place to secure my vehicle.

Thank you for your consideration

Jasmine Magriz