UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                          Chapter 7

JASMINE MAGRIZ,                                                  Case No. 24-23022 (SHL)

                              Debtor.
-----------------------------------------------------------x

## ORDER DENYING DEBTOR'S REQUEST TO REOPEN CASE

On April 1, 2025, Jasmine Magriz (the "Debtor") filed a request to reopen the above-captioned Chapter 7 case (the "Bankruptcy Case) and to waive the related filing fee [ECF No. 22] (the "Motion to Reopen").  The Motion to Reopen sought relief with respect to a vehicle that already had been repossessed by Chrysler Capital after the Bankruptcy Case was closed.  *See id.*  The Debtor believed that a reaffirmation agreement had been executed with respect to the vehicle during the pendency of the Bankruptcy Case.  *See id.*

On April 8, 2025, Debtor's counsel, Nathaniel Lane Strand, Esq., filed a statement with respect to the Motion to Reopen, noting that a reaffirmation agreement had not been signed or offered by Chrysler Capital during the pendency of the Bankruptcy Case and that the Debtor had been behind in payments on the vehicle at issue.  *See Statement of Debtor's Counsel* [ECF No. 25].

On April 8, 2025, the Court held a hearing on the Motion to Reopen.  During the hearing, the Debtor confirmed that she had been several months behind in payments on the vehicle.  The Court explained that, because a reaffirmation agreement was not in place, nothing with respect to the already-closed Bankruptcy Case prevented Chrysler Capital from repossessing the vehicle.  The Court confirmed with the Debtor that she was free to contact Chrysler and attempt to negotiate an agreement with them as to the vehicle, including repayment.  For all these reasons, it is hereby:

**ORDERED**, that the Motion to Reopen is denied.

Dated: White Plains, New York
           April 10, 2025

                                                                    */s/ Sean H. Lane*
                                                                    UNITED STATES BANKRUPTCY JUDGE

**COPIES TO:**

<u>By Email and U.S. Mail</u>:

Jasmine Magriz
*Chapter 7 Debtor*
1668 Crescent Drive
Tarrytown, N.Y. 10591
Email: Jasminemagriz@gmail.com

<u>By Email, U.S. Mail, and ECF</u>:

Nathaniel Lane Strand, Esq.
*Counsel to the Debtor*
18 W 18th St
New York, NY 10075

-and-

399 E. 78th St. Apt. 1D
New York, N.Y. 10075

Email: atomicporcupine88@gmail.com
         nate.strand@icloud.com


<u>By Email, U.S. Mail, and ECF</u>:

Howard P. Magaliff, Esq.
*Chapter 7 Trustee*
6 East 43rd Street, 21st Floor
New York, NY 10017
Email: trustee@r3mlaw.com

<u>By U.S. Mail</u>

Chrysler Capital
P.O. Box 961275
Fort Worth, TX 75266

<u>By Email and ECF</u>:

Office of the United States Trustee
Email: USTPRegion02.NYECF@USDOJ.GOV